UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEERE & COMPANY ET AL, <br><br> Plaintiff, <br> v. <br><br> XAPT CORPORATION, <br><br> Defendant. | CASE NO. 2:22-cv-00126-TL <br><br> ORDER REFERRING CASE |

    This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:22-cv-00126-TL-MLP. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("Local MJR") 3, the Court hereby refers to Magistrate Judge Michelle L. Peterson all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). See 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure 72(a) governs

ORDER REFERRING CASE - 1

any objections to Magistrate Judge Michelle L. Peterson's rulings concerning any non-dispositive motions. *See* Fed. R. Civ. P. 72(a); Local MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the Court also hereby refers to Magistrate Judge Michelle L. Peterson for preparation of a report and recommendation all motions for (1) injunctive relief, (2) judgment on the pleadings, (3) summary judgment, (4) dismissal or to permit maintenance of a class action, (5) dismissal for failure to state a claim upon which relief can be granted, (6) involuntarily dismissal of an action, and (7) the pending motion to quash as well as to transfer the motion to quash subpoena. See 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(4)(a). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this Court after Magistrate Judge Michelle L. Peterson files a report and recommendation. See Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c)

Accordingly, the Court ORDERS that the above-entitled action is referred to Magistrate Judge Michelle L. Peterson for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Michelle L. Peterson to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 4th day of February, 2022.

Tana Lin
United States District Judge